# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023

Marc Wietzke, Esq.
Admitted in NY & NJ
_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

April 5, 2023

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10001

RE: W. COLEMAN V. METRO-NORTH
    22 Civ. 8773 (MKV)

Dear Judge Vyskocil:

We are plaintiff's counsel in the above-entitled case and are writing on behalf of both parties to provide the Court with a status report.

The parties have exchanged discovery and are scheduling depositions. We anticipate being able to complete fact discovery by the current May 25, 2023 deadline. We do not anticipate any dispositive motions.

We do not anticipate any problems with completing expert discovery by the July 25, 2023 deadline. If the parties are not able to resolve this matter on their own, we may request a settlement conference with the assigned magistrate judge.

In light of the foregoing, the parties jointly request that the up coming April 12, 2023 status conference be cancelled and reschedule for a date closer to completion of fact discovery. In the alternative, if the Court still wishes to have the status conference as scheduled, we ask that it be converted to a telephone conference.

Respectfully submitted,

*Sean Constable* (signature)

Sean Constable

GRANTED. The Status Conference scheduled for April 12, 2023 is hereby rescheduled to May 24, 2023 at 3:00 PM. SO ORDERED.

Date: 4/5/2023
New York, New York

*Mary Kay Vyskocil* (signature)
Mary Kay Vyskocil
United States District Judge