```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINDSOR COLEMAN,

               Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

               Defendant.

1:22-cv-8773 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court scheduled a Status Conference with the parties in this matter for May 24, 2023 at 3:00 PM.[1]  [ECF No. 15].  The parties are HEREBY ORDERED to submit a Joint Letter regarding the status of this case on or before May 22, 2023.

**SO ORDERED.**

**Date: May 18, 2023**
**New York, NY**

               *Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               **United States District Judge**

---

[1] The Status Conference was originally scheduled for April 12, 2023.  [ECF No. 13].  After the Court's entry of the Case Management Plan and Scheduling Order, however, the parties asked that the Conference be adjourned.  [ECF No. 14].  The Court granted that request and adjourned the conference to May 24, 2023.  [ECF No. 15].